UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20656-CIV-ALTONAGA

**PABLO ARIEL HERRERA-ARAUZ**,

    Petitioner,

v.

**DIRECTOR, U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al.*,

    Respondents.
_____/

## FINAL JUDGMENT

Pursuant to the Court's February 12, 2026 Order [ECF No. 10] granting in part Petitioner, Pablo Ariel Herrera-Arauz's Petition for Writ of Habeas Corpus [ECF No. 1], it is

**ORDERED AND ADJUDGED** that final judgment is entered in favor of Petitioner, Pablo Ariel Herrera-Arauz and against Respondent, Charles Parra.

**DONE AND ORDERED** in Miami, Florida, this 12th day of February, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record